IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
IN OPEN COURT

OCT 16 2023

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:23-cr-76 |
| v. ) | |
| ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| JORDAN O'NEAL CURTIS ) | Felon in Possession of a Firearm |
| ) | (Count 1) |
| ) | |
| ) | 18 U.S.C. § 924(d); |
| ) | 28 U.S.C. § 2461(c) |
| ) | Forfeiture Notice |

INDICTMENT

October 2023 Term – at Newport News, Virginia

COUNT ONE
(Felon in Possession of a Firearm)

THE GRAND JURY CHARGES THAT:

On or about August 30, 2023, in Newport News, Virginia, in the Eastern District of Virginia, the defendant, JORDAN O'NEAL CURTIS, having knowingly been convicted of a felony crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm, to wit: a Stoeger Industries STR-9C 9mm semi-automatic handgun, serial number T6429-23S01943, said firearm having been transported in interstate and foreign commerce.

(In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes but is not limited to: a Stoeger Industries STR-9C 9mm semi-automatic handgun, serial number T6429-23S01943, as described in Count One, and any related magazines and ammunition.

(In accordance with 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).)

UNITED STATES v. JORDAN O'NEAL CURTIS
4:23-cr-\_76\_

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:     Sealed Pursuant to the E-Government Act of 2002

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *[signature]*
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov

3