AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JORDAN O'NEAL CURTIS<br><br>*Defendant* | ) Case No. 4:23CR76<br>)<br>) FBI<br>) FID: 11605452<br>) |

**FILED** OCT 23 2023 CLERK, U.S. DISTRICT COURT NORFOLK, VA

ORIGINAL

2023 OCT 17 A 11: 34  RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JORDAN O'NEAL CURTIS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   T.18:922(g)(1) and 924(a)(8)- Felon in Possession of a Firearm (Count 1)


Date:   10/17/2023

*Issuing officer's signature:* Brandt

City and state:   Newport News, VA

Douglas E. Miller, US Magistrate Judge
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 10/17/2023 , and the person was arrested on *(date)* 10/23/23 at *(city and state)* Newport News, VA . | |
| Date: 10/23/2023 | *Arresting officer's signature*<br><br>Special Agent Jeff Noel<br>*Printed name and title* |